**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:07CR00185-01 JLH | |
| PAUL MITCHELL LILLY | | DEFENDANT |

### ORDER

On August 20, 2008, the government filed a Motion for Revocation of defendant's supervised release in which it requested that a summons be issued for defendant to appear and show cause why his conditions of supervised release should not be revoked. The motion is denied as moot. Docket #40. The Court directed that an arrest warrant be issued for defendant based on the previous motion to revoke filed on July 28, 2008. As of this date, Mr. Lilly has not been arrested and the warrant is still active. Upon defendant's arrest, a hearing will be scheduled.

IT IS SO ORDERED this 21st day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE