**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:07CR00185 JLH

PAUL MITCHELL LILLY                                                                     DEFENDANT

### ORDER

The Court has entered findings of fact and conclusions of law with reference to the judgment entered on December 5, 2008, and has concluded that the judgment will not be modified. Because the judgment entered on December 5, 2008, will not be modified, a new judgment will not be entered. The Clerk is directed to terminate this action and to reflect that the motions to revoke (Document #37 and Document #54) were granted.

IT IS SO ORDERED this 23rd day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE