PROB 12B
ED/AR (8/2002)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 17 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
### Eastern District of Arkansas

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Paul Mitchell Lilly | Case Number: 4:07CR00185-01 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                        Chief United States District Judge

Offense:            Threatening to assault a federal law enforcement officer

Date of Sentence:   January 7, 2008

Sentence:           Time served, 2 years supervised release, mandatory drug testing, substance abuse treatment, mental health counseling, defendant may not have any type of firearm in the house in which he resides, while on supervised release the defendant shall have no contact or communication with the victims of this offense, Lynn Hemphill, Dr. Gary Sherwood, or Gustaf Bernt, DNA collection, and a $100 special penalty assessment

December 5, 2008: Supervised release revoked for unlawful use of a controlled substance and violation of federal, state, or local law. Mr. Lilly was sentenced to 18 months in the Bureau of Prisons followed by 1 year supervised release. Additionally, the Court imposed a condition of substance abuse treatment and mandatory drug testing.

July 15, 2009: Conditions modified to include the defendant shall reside at and participate in a residential re-entry center for a period up to six (6) months

| | | |
|---|---|---|
| Type of Supervision: | Supervised release | Date Supervision Commenced: July 21, 2009
Expiration Date: July 20, 2010 |
| Asst. U.S. Attorney: Marsha Clevenger | | Defense Attorney: Jerome Kearney |

U.S. Probation Officer: Reginald C. Hollins
Phone No.: 501-604-5285

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Case 4:07-cr-00185-JLH   Document 84   Filed 08/17/09   Page 2 of 4

Prob 12B                                -2-                              Request for Modifying the
                                                                     Conditions or Terms of Supervision
                                                                          with Consent of the Offender

Name of Offender:  Paul Mitchell Lilly                Case Number:  4:07CR00185-01 JLH

## CAUSE

Mr. Lilly reported suffering from post traumatic stress disorder including nightmares and flashbacks. He reported prior mental health treatment while in the military, Arkansas State Hospital and Greater Little Rock Mental Health. The Arkansas State Hospital previously diagnosed Mr. Lilly with adjustment disorder with mixed disturbance of emotions and conduct, borderline personality disorder and histrionic personality traits. Mr. Lilly was referred by the Bureau of Prisons to participate in a mental health program at the Family Service Agency. Mr. Lilly was released from the Bureau of Prisons on July 21, 2009, and his continuum of treatment is essential to aid in progress of his supervised release. Mr. Lilly is willing to continue participating in mental health treatment.

Mr. Lilly and Assistant Federal Public Defender Jerome Kearney have agreed to the modifications as requested by the probation office.

_____          _____
Reginald C. Hollins                                      Marsha Clevenger
U.S. Probation Officer                                   Assistant U.S. Attorney

Date: August 3, 2009                                     Date: August 6, 2009

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

August 17, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                                      -3-                       Request for Modifying the
                                                                        Conditions or Terms of Supervision
                                                                        with Consent of the Offender

Name of Offender: Paul Mitchell Lilly          Case Number: 4:07CR00185-01 JLH

Approved:

_____
Supervising U.S. Probation Officer

RCH/jkr

c:  Assistant Federal Public Defender, Jerome Kearny, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation Office.**

Witness: *Paul Reginald Holbrook*        Signed: *Paul M. Jilly Jr.*
U.S. Probation Officer                              Probationer or Supervised Releasee

07-23-09
DATE